THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRETT A. PHILLIPS, Appellant. (Appeal No. 1.) [730 NYS2d 920]

—Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that defendant's waiver of the right to appeal was voluntary, knowing and intelligent (*see, People v Callahan,* 80 NY2d 273, 283; *People v Debo,* 234 AD2d 944, 945, *lv denied* 89 NY2d 984). The waiver encompasses defendant's contention concerning the severity of the sentences (*see, People v Lococo,* 92 NY2d 825, 827). The challenge of defendant to the voluntariness of the pleas survives his waiver of the right to appeal (*see, People v Faison,* 270 AD2d 717). Defendant failed, however, to preserve that challenge for our review by moving to withdraw the pleas or to vacate the judgments of conviction (*see, People v Ostrander,* 136 AD2d 760, 760-761; *see also, People v Faison, supra*). (Appeal from Judgment of Oneida County Court, Dwyer, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Green, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.